1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, California  93721
   Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06 CR 00162 OWW |
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER FOR DISMISSAL OF INDICTMENT |
| JAMES SPIROPULOUS, | ) | **SEALED** |
| Defendant. | ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests that the Indictment filed herein be dismissed as to the above-named defendant only in the interest of justice.

Dated: April 24, 2006          Respectfully submitted,

                               McGREGOR W. SCOTT
                               United States Attorney

                               By: /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant U.S. Attorney

1

ORDER

IT IS HEREBY ORDERED that the Indictment filed herein be dismissed in the interest of justice.

DATED: 4-28-06

*[signature]*

~~DENNIS L. BECK~~
~~U.S. Magistrate Court Judge~~